UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

LUIS A. PARRA, on behalf of himself and others      :      Case No. 21-CV-6654
similarly situated,      :      (CS) (AEK)
     :
                            Plaintiff,      :      **PROPOSED DEFAULT**
     :      **JUDGMENT**
     -against-      :
     :
AZTLAN AUTO BODY INC., FERNANDO SIERRA,      :
and MARIBEL SIERRA-ROSAS,      :
     :
                            Defendants.      :

---------------------------------------------------------------------X

        This action, having been commenced on August 6, 2021 by the filing of a Summons and Complaint, a copy of which was served pursuant to Fed. R. Civ. Pro. 4(e), on August 18, 2021 and October 4, 2021; proof of service of the Summons and Complaint having been filed on October 13, 2021; and the defendants not having answered or otherwise moved in response to the Summons and Complaint, and the time for answering or otherwise moving in response to the Summons and Complaint having expired, it is

        ORDERED, ADJUDGED AND DECREED that Plaintiff have judgment against the defendants Aztlan Auto Body Inc., Fernando Sierra, and Maribel (a/k/a Marivel) Sierra-Rosas, jointly and severally, in the amount of $36,114.17 in unpaid minimum wages and overtime compensation, together with liquidated damages in the amount of $36,114.17, statutory damages in the amount of $10,000, and pre-judgment interest at 9% per annum amounting to _____, plus attorneys' fees, costs, and disbursements of this action in the amount of $7,004 amounting in all to $_____.

Dated: New York, New York
           _____, 2022


                                  _____
                                  Hon. Cathy Seibel, U.S.D.J.