# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
200 Park Avenue – 17th Floor
New York, New York 10166

Telephone (212) 209-3933
Facsimile (212) 209-7102

March 24, 2022

**BY ECF**

Hon. Cathy Seibel, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *Parra v. Aztlan Auto Body Inc., et al.*
Case No. 21-CV-6654 (CS) (AEK)

Dear Judge Seibel,

We are counsel to the plaintiff in the above-referenced matter. A hearing on plaintiff's Order to Show Cause for default judgment is scheduled before Your Honor on Monday, March 28, 2022 at 2:30 p.m.

Per the Court's Order, the defendants or their counsel are directed to personally appear at the conference. No such requirement was made of plaintiff and, to date, no representative has appeared on defendants' behalf. Consequently, please accept this letter as plaintiff's motion to appear at the hearing by telephone.

We thank the Court for considering this application.

Respectfully submitted,

Justin Cilenti

---

*Endorsement:*

Application denied. The proceeding will be in person. The individual Defendants know they have to appear even if the corporation does not appear through counsel. If counsel for Plaintiff has an email or snail mail address for Defendants, he shall promptly send them a copy of this endorsement.

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

3/24/22